UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| VINCENT DePASQUALE, | ) | |
| Petitioner, | ) | 3:07-cv-00472-ECR-VPC |
| vs. | ) | |
| E.K. McDANIEL, *et al.*, | ) | **ORDER** |
| Respondents. | ) | |

Petitioner has filed a motion for an enlargement of time to file a reply to the answer. (Docket #88). Petitioner seeks a 14-day extension of time, up to and including May 7, 2010, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an enlargement of time (Docket #88) is **GRANTED.** Petitioner's reply shall be filed not later than **May 7, 2010. Further, the parties are informed that the Court is disinclined to grant repeated extensions of time in this case.**

Dated this 23rd day of April, 2010.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE