AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

VINCENT DePASQUALE,

      Petitioner,

V.

E. K. McDANIEL, et al,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:07-cv-00472-ECR-VPC

\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the second amended petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY. FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

March 8, 2011

                                            **LANCE S. WILSON**
                                               Clerk

                                            /s/ M. Campbell
                                            Deputy Clerk